# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HARSCO CORPORATION,** | : | **CIVIL ACTION NO. 1:17-CV-1184** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **EUGENE J. ZENNER,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 26th day of February, 2018, upon consideration of plaintiff's motion (Doc. 19) for leave to file under seal Exhibit 1 to the parties' stipulated order of injunction, it is hereby ORDERED that said motion is GRANTED.

     /S/ CHRISTOPHER C. CONNER
     Christopher C. Conner, Chief Judge
     United States District Court
     Middle District of Pennsylvania